In the Matter of HASAUN GRIGGER, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [768 NYS2d 912]—Appeal from a judgment of Supreme Court, Wyoming County (Dadd, J.), entered December 23, 2002, which dismissed the CPLR article 78 petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

In the Matter of INDEPENDENT WIRELESS ONE CORPORATION et al., Respondents, v CITY OF SYRACUSE et al., Appellants. [768 NYS2d 908]—Appeal from an order of Supreme Court, Herkimer County (Daley, J.), entered September 16, 2002, which denied respondents' motion for a change of venue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of D.M.C. Constr. Corp. v Nash Steel Corp.*, 49 NY2d 1040, 1041 [1980]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.